54 So.2d 617

### Lacy OLIVER v. STATE.
### 8 Div. 989.

Court of Appeals of Alabama.
June 12, 1951.

Application for Rehearing Stricken
June 29, 1951.

H. H. Hamilton, Russellville, for appellant.

Si Garrett, Atty. Gen., for the State.

PER CURIAM.

Petition for certiorari stricken by Supreme Court, 256 Ala. 336, 54 So.2d 617.

Affirmed.